Case 1:25-mj-00026-LRV   Document 5   Filed 01/27/25   Page 1 of 1 PageID# 21

JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                                       U.S. District Court

**Place of Offense:**        Under Seal: Yes **X**  No ____    Judge Assigned: _____
City _____          Superseding Indictment _____   Criminal Number: _____
County/Parish  Fairfax       Same Defendant _____            New Defendant  **X** _____

                             Magistrate Judge Case Number  1:25-mj-26    Arraignment Date: _____
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

                             Related Case Name and No: _____

Defendant Information:

**Juvenile -** Yes ___  No  **X**   **FBI #**  xxxxx8HB9

**Defendant Name:** HATEM SALEM       Alias Name(s) ARAB, ARAB (AKA) / HAT, HAT (AKA) / HATEM, SALEM (AKA) / SALEM, HATEM S (AKA) / SALEM, HATEM SAYED (AKA)
**Address:**  Shelton, Connecticut

**Employment:** _____

**Birth date** 1968     **SS#** 8359     **Sex** M  **Def Race** Unknown  **Nationality** American   **Place of Birth** Africa

**Height** 5'9"   **Weight** 215   **Hair** Bald   **Eyes** Brown   Scars/Tattoos _____

**Interpreter:** **X** No  ___ Yes   List language and/or dialect: _____   Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____
___ Already in State Custody      ___ On Pretrial Release      **X** Not in Custody
**X** Arrest Warrant Requested    ___ Fugitive                 ___ Summons Requested
___ Arrest Warrant Pending        ___ Detention Sought         ___ Bond

Defense Counsel Information:

Name: _____         ___ Court Appointed      Counsel conflicted out: _____
Address: _____      ___ Retained
Telephone: _____    ___ Public Defender      Federal Public Defender's Office conflicted out: _____

U.S. Attorney Information:

SAUSA  Lauren Hahn    Telephone No:  703-299-3700    Bar # _____

Complainant Agency, Address & Phone Number  or Person & Title:
Special Agent Volney Young, HSI

U.S.C. Citations:

| | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|---|---|---|---|---|
| Set 1 | 21 USC §§ 841(a)(1), (b)(1)(A)(viii), and 846 | Conspiracy to distribute 50 grams or more of methamphetamine | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:**  01/27/2025       Signature of SAUSA:   /s/ Lauren Hahn