FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

2025 FEB -5  A 11: 32

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**HATEM SALEM,**<br>Defendant.<br><br>*Defendant* | Case No. 1:25-mj-26<br><br>**UNDER SEAL** |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HATEM SALEM

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Unlawfully, knowingly, and intentionally combining, conspiring, confederating, and agreeing with others, known and unknown, to unlawfully, knowingly, and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

Date: 01/27/2025

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.01.27 15:17:58 -05'00'

*Issuing officer's signature*

City and state:   Alexandria, Virginia

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: 1/30/25

*Arresting officer's signature*

Volney Young, Special Agent
*Printed name and title*

NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.

INFORMATION COPY ONLY