TYPE OF HEARING: **PH**
CASE NUMBER: **1:25-mj-26**
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: **2/27/2025**
TIME: **2:00pm**
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

**HATEM SALEM**

GOVT. ATTY: **LAUREN HAHN**

DEFT'S ATTY: **CADENCE MERTZ**

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. ( )

Gov't adduced evidence + rest. Affidavit entered into evidence as Gov't Exhibit #1. Court finds PC. Matter continued for further proceedings before Grand Jury.

BOND **Deft remanded to custody of the USMS.**

NEXT COURT APPEARANCE _____ TIME _____

In Court Time: **14 min.**
**2:44 - 2:58**